IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GILBERT DIAZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| *Plaintiffs,* | § § | Civ. No. 5:20-cv-231-OLG |
| V. | § § | JURY DEMANDED |
| CUATRO T CONSTRUCTION, INC., | § § § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Gilbert Diaz, on behalf of himself and all others similarly situated, and Defendant Cuatro T Construction, Inc., stipulate under Federal Rule of Civil Procedure 41(a) to the dismissal with prejudice of all claims asserted in the above-captioned case as fully settled on the merits. Each party shall bear their own costs and fees.

Respectfully submitted,

/s/ Lawrence Morales II
LAWRENCE MORALES II
State Bar No. 24051077
ALLISON S. HARTRY
State Bar No. 24083149
**THE MORALES FIRM, P.C.**
6243 IH-10 West, Suite 132
San Antonio, Texas 78201
Telephone No. (210) 225-0811
Facsimile No. (210) 225-0821
lawrence@themoralesfirm.com
ahartry@themoralesfirm.com

*ATTORNEYS FOR PLAINTIFFS*

*-and-*

   /s/ Matthias J. Kaseorg
Matthias J. Kaseorg (*admitted pro hac vice*)
Virginia Bar No.: 86421
E-mail: mkaseorg@setlifflaw.com
Peter E. Schurig (*admitted pro hac vice*)
Virginia Bar No.: 76106
California Bar No.: 219566
E-mail: pschurig@setlifflaw.com
SETLIFF LAW, P.C.
4940 Dominion Blvd.
Glen Allen, Virginia 23060
Telephone: (804) 377-1260

Andrew J. Aelvoet
State Bar of Texas No. 00798025
Email: aaelvoet@nunleyfirm.com
THE NUNLEY FIRM, PLLC
1580 South Main Street, Suite 200
Boerne, Texas 78006
Telephone: (830) 816-3333
Facsimile: (830) 816-3388

**ATTORNEYS FOR DEFENDANT CUATRO T. CONSTRUCTION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2021, I served the foregoing instrument on admitted counsel of record via the Court's CM/ECF system.

/s/ Allison S. Hartry
Allison S. Hartry
